MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
1-25-2008
JAN 25 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Anthony O. Longstreet, SR.

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mr. Milton Seaton

Mr. Eugene Posey

Mr. Eddie Griffin II

Mr. Stacey Walker

Mr. Earl Parks

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV585
JUDGE HART
MAG. JUDGE SCHENKIER

(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

★     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Mr. Anthony O. Longstreet, Sr.

B. List all aliases: _____

C. Prisoner identification number: ~~N90035~~ #20070044202

D. Place of present confinement: Cook County Jail, Division 10

E. Address: 2700 S. California Ave, Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Mr. Milton Seaton #4759; Mr. Eugene Posey #16871

   Title: Chicago Police Officers

   Place of Employment: 1710 S. State Street, Chicago, Illinois 60608

B. Defendant: Mr. Eddie Griffin II #10217; Mr. Stacey Walker #11744

   Title: Chicago Police Officers

   Place of Employment: 1710 S. State Street, Chicago, Illinois 60608

C. Defendant: Mr. Earl Parks #20263

   Title: Chicago Police Officer

   Place of Employment: 1710 S. State Street, Chicago, Illinois 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count (1)

On April 19, 2006, Defendant(s) Milton Seaton, Eugene Posey, Eddie Griffin II, and Stacey Walker, did, on this day, while acting under color of state law in their individual capacity as Chicago Police Officers in Cook County, Illinois, did, on this day, violated Plaintiff Anthony O. Longstreet, Sr, Fourth Amendment Constitutional Right to be free from unreasonable use of excessive force resulting in the defendants slamming Plaintiff into a steel window frame that caused a cut under Plaintiff right eye and then slammed Plaintiff on the ground unto his face while handcuffed behind his back and bust Plaintiff lips, knocking Plaintiff unconscious while violating plaintiff right to be secured in his person from unreasonable use of force.

Defendants acted willfully and in gross disregard of the rights of the Plaintiff and Defendants acted in bad faith and Punitive Damages should be awarded to Plaintiff.

Revised: 7/20/05

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

---

Count (2)

On April 19, 2007, Defendant(s) Milton Seaton, Eddie Griffin II, Stacey Walker, Eugene Posey and Earl Parks, did, on this day, while acting under color of state law in their individual capacity as Chicago Police Officer(s) in Cook County, Illinois, violated the Plaintiff Anthony O. Longstreet, SR., Fourth Amendment Constitutional Right to be secured in his person and papers when the defendants conspired to omit the officers unreasonable conduct that provoked Plaintiff into a physical altercation that resulted in injuries to the Plaintiff and fabricated their Arrest Reports, General Offense Case Report and Investigative General Progress Reports to make it appear that the Plaintiff was the aggressor to justify their excessive use of force.

Defendants acted willfully and in gross disregard of the rights of the Plaintiff and Defendants acted in Bad Faith and Punitive Damages should be awarded to Plaintiff.

---

Pg. 4 of 6

VI.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Plaintiff Demands A Jury Trial

2.) Plaintiff seeks $200⁰⁰ A day For Actual damages For Time unjustly served from April 19, 2006 to the date Released From incarceration as a Result of his Arrest on this Case, And Pay the Medical Bill From Trinity Hospital.

3.) Plaintiff seeks Ten Million dollars in Punitive damages to teach the Defendants A lesson about Beating up citizens and trying to cover up the Beating.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of April, 2007

Anthony O. Longstreet, SR.
(Signature of plaintiff or plaintiffs)

MR. Anthony O. Longstreet, SR.
(Print name)

# 20070044202
(I.D. Number)

Cook County Jail

Division 10

P.O. Box 089002, Chicago, Illinois 60608
(Address)

Page 5 of 6

State of Illinois )
County of Cook  )

## Affidavit

I, Mr. Anthony O. Longstreet, Sr., depose and state pursuant to the penalties as prescribed pursuant to chapter 735 ILCS 5/1-109 that the facts in the attached 1983 civil rights complaint are true and correct and is made upon personal knowledge and belief.

Respectfully Submitted

Mr. Anthony O. Longstreet, Sr.
Affiant/Complainant

February 23, 2007

Pg. 6 of 6