**PRISONER CASE**

MHN

#3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** ANTHONY O. LONGSTREET, SR.

**Defendant(s):** MILTON SEATON, et. al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Anthony O. Longstreet, Sr.
#2007-0044202
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**08CV585**
**JUDGE HART**
**MAG. JUDGE SCHENKIER**

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**FILED**
JAN 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** *Q. E. Woodham*    **Date:** 01/25/2008